IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THF REALTY, INC.,

    Plaintiff,

v.                                          Civil Action No. 5:12-CV-136
                                            Judge Stamp

OHIO COUNTY DEVELOPMENT
AUTHORITY,

    Defendant.

## AGREED ORDER OF DISMISSAL

      Plaintiff THF Realty, Inc. and Defendant Ohio County Development Authority, by their respective counsel, having advised the Court that all matters in dispute between the parties have been compromised and settled in good faith and requesting, as evidenced by the signatures of their respective counsel below, that the Court dismiss the Complaint with prejudice; and good cause otherwise appearing, it is ORDERED that this action be and is hereby dismissed with prejudice, all parties to bear their own costs and attorney fees.

      The Clerk is directed to transmit copies of this Order to all counsel of record.

      Entered: _____January 25_____, 2013.

                                                    /s/ Frederick P. Stamp, Jr.
                                                    The Honorable Frederick P. Stamp, Jr.
                                                    United States District Judge

THF REALTY, INC.,
By Counsel


/ s /  Martin J. Glasser
Martin J. Glasser
Lewis Glasser Casey & Rollins, PLLC
PO Box 1746
Charleston, WV  25326
Phone:   304-345-2000
Fax:        304-345-7999
*Counsel for Plaintiff*


OHIO COUNTY DEVELOPMENT AUTHORITY,
By Counsel


/ s /  Donald J. Tennant, Jr.
Donald J. Tennant, Jr.
38 15th Street, Suite 100
Wheeling, WV  26003-3554
Phone: 304-230-3200
*Counsel for Defendant*